**No. 09-9647. Johan Dario Reyes-Hobbs, Petitioner v. United States; Martin Perez-Padron, Petitioner v. United States; and Vicente Anell Reyes, Petitioner v. United States.**

561 U.S. 1002, 130 S. Ct. 3467, 177 L. Ed. 2d 1051, 2010 U.S. LEXIS 5146.

June 21, 2010. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the

Fifth Circuit for further consideration in light of Carachuri-Rosendo v. Holder, 560 U.S. 563, 130 S. Ct. 2577, 177 L. Ed. 2d 68 (2010).

Same case below, 366 Fed. Appx. 511 (first judgment); 357 Fed. Appx. 596 (third judgment).